# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

―――――――――――――――

**No. 201700305**

―――――――――――――――

**UNITED STATES OF AMERICA**

Appellee

v.

**PATRICK T. HOEHN**

Information Systems Technician Third Class (E4),
United States Navy

Appellant

―――――――――――――――

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Commander Robert Monahan, JAGC, USN.
Convening Authority: Commander, Navy Region Mid-Atlantic,
Norfolk, VA.
Staff Judge Advocate's Recommendation: Commander Irve C.
Lemoyne, JAGC, USN.
For Appellant: Lieutenant Colonel Lee C. Kindlon, USMCR.
For Appellee: Brian K. Keller, Esq.

―――――――――――――――

Decided 21 December 2017

―――――――――――――――

Before HUTCHISON, FULTON, and SAYEGH, *Appellate Military Judges*

―――――――――――――――

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court